NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**IN RE ALIPHCOM,**
*Petitioner.*

---

Miscellaneous Docket No. 971

---

On Petition for Writ of Mandamus to the United States District Court for the Northern District of California in case no. 10-Cv-2337, Judge Lucy H. Koh.

## ORDER

Aliphcom submits a petition for a writ of mandamus to direct the United States District Court for the Northern District of California to vacate its November 10, 2010 order granting transfer to the United States District Court for the Eastern District of Texas.

Upon consideration thereof,

IT IS ORDERED THAT:

Wi-Lan, Inc. is directed to respond no later than December 13, 2010.

2

FOR THE COURT

DEC 0 1 2010
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Claudia Wilson Frost, Esq.
Laura Ann Handley, Esq.
Clerk, United States District Court For The Northern
District Of California

s19

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

DEC 0 1 2010

JAN HORBALY
CLERK